# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE EBURUOH,<br><br>        *Plaintiff,*<br><br>v.<br><br>PNC BANK, N.A.,<br><br>        *Defendant.* | CIVIL ACTION<br>NO. 21-4430 |

**PAPPERT, J.**　　　　　　　　　　　　　　　　　　　　　　　　　　　**June 16, 2022**

## ORDER

    **AND NOW**, this 16th day of June 2022, upon consideration of Lawrence Eburuoh's Amended Complaint (ECF 10), PNC Bank's Motion to Dismiss (ECF 12), Eburuoh's Response (ECF 13) and PNC's Reply (ECF 14), it is **ORDERED** that PNC's Motion is **GRANTED**. Eburuoh's claims are **DISMISSED with prejudice**. The Clerk of Court shall **CLOSE** this case.

                                                      BY THE COURT:

                                                      ***/s/ Gerald J. Pappert***
                                                      GERALD J. PAPPERT, J.