IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE EBURUOH,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>PNC BANK, N.A.,<br><br>　　　　　*Defendant.* | CIVIL ACTION<br>NO. 21-4430 |

**PAPPERT, J.**　　　　　　　　　　　　　　　　　　　　　　　　**November 28, 2022**

### ORDER

**AND NOW**, this 28th day of November 2022, upon consideration of Lawrence Eburuoh's Motion for Reconsideration (ECF 17), PNC Bank's Response (ECF 18) and Eburuoh's Reply (ECF 19), it is **ORDERED** that Eburuoh's Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.